[No. 33367-4-I.   Division One.   August 8, 1994.]

DANNY'S INVESTMENT COMPANY, INC., *Appellant*, v.
THE LIQUOR CONTROL BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-2-01449-0, Steven J. Mura, J., entered September 1, 1993. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Webster, C.J., and Kennedy, J.

[No. 32167-6-I.   Division One.   August 8, 1994.]

COMPTON D. WINSPEAR, *Appellant*, v. THE BOEING
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-10678-9, J. Kathleen Learned, J., entered December 23, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman and Agid, JJ.

[No. 31558-7-I.   Division One.   August 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. EMMETT
LYONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03024-8, LeRoy McCullough, J., entered October 13, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 29506-3-I.   Division One.   August 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT
BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02673-1, Sally Pasette, J., entered October 16, 1991. *Affirmed* by unpublished per curiam opinion.